Case 26-10278  Doc 9  Filed 03/03/26  Entered 03/03/26 10:06:41  Desc Main Document  Page 1 of 1



# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| In re: | Neal Joseph Ryan | Ch. 13 |
|---|---|---|
| | Debtor | 26-10278-JEB |

**Order**

**MATTER:**

#5 Order to Update Re:1 Chapter 13 Voluntary Petition.

Since the Debtor failed to comply with the Court's February 6, 2026 Order to Update and failed to file timely the required documents detailed in the Order to Update, this case is dismissed.

Dated: 03/03/2026

By the Court,

Janet E. Bostwick
United States Bankruptcy Judge